# Exhibit C

| Plaintiff / Petitioner:<br>JANET SIHLER, et al | Case No:<br>8:23-cv-01450-VMC-UAM |
|---|---|
| Defendant / Respondent:<br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, et al | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That she is now and at all times herein mentioned was a citizen of the United States, resident of Washington State, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Monday, June 24, 2024 at 2:16 PM, at the address of 300 Deschutes Way Southwest, Suite #208, Tumwater, WA 98501, within Thurston County, the undersigned duly served the following document(s): 1) Letter to Microsoft Corporation from Kneupper & Covey PC, and 2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in the above entitled action upon MICROSOFT CORPORATION, by Registered Agent, CORPORATION SERVICE COMPANY, at the usual place of business of said Registered Agent, personally delivering one (1) true and correct copy(ies) of the above documents and leaving same with ELLEN JONES, Customer Service Representative, Employee Authorized to Accept Service.

Description:
ELLEN JONES; Age: 56; Ethnicity: Caucasian; Sex: Female; Weight: 130; Height: 5'4"; Hair: Brown; Relationship: Customer Service Representative, Employee Authorized to Accept Service

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date:   06/26/2024

Amber Gibbons, Thurston County #23-0727-18

ADDISON LEGAL SERVICES, LLC
2405 Evergreen Park Drive SW Suite B-2
Olympia, WA 98502 (360) 529-3933
Job #11283777 (TUM062024)

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| JANET SIHLER, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:23-cv-01450-VMC-UAM |
| | ) |
| GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, et al | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS  
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: MICROSOFT CORPORATION c/o CORPORATION SERVICE COMPANY

*(Name of person to whom this subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Addison Legal Services, LLC - (360) 529-3933<br>2405 Evergreen Park Dr SW, Suite B-2, Olympia, WA 98502<br>serve@addisonlegal.com | Date and Time:<br>July 25, 2024, at 10:00 AM PDT |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

_____   OR   _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 2:24-cv-01593   Document 1-3   Filed 10/02/24   Page 4 of 4

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 8:23-cv-01450-VMC-UAM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____MICROSOFT CORPORATION_____
on *(date)* June 21, 2024.

☒ I served the subpoena by delivering a copy to the named individual as follows: ELLEN JONES at CORPORATION SERVICE COMPANY, Registered Agent for MICROSOFT CORPORATION on *(date)* Monday, June 24 2024; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ $75.00.

I declare under penalty of perjury that this information is true.

Date: 06/26/2024

*Server's signature*

Amber Gibbons Thurston County #23-0727-18

*Printed name and title*

2405 Evergreen Park Drive SW Suite B-2, Olympia, WA 98502

*Server's address*

Additional information regarding attempted service, etc.:
I also served the following document (s):
-Letter to Microsoft Corporation from Kneupper & Covey PC