# Exhibit D











**Skype [27]**

**David Flynn** $0.00
Set a status

**Brightree | CB911** ⚙
5 participants

**cb9**

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**Group chats**

**Brightree | CB911**
5 participants

**CB911-Call**
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Hey David. See the chat with Johnny De Luca. He's the one that can help with that.

Sounds great

Thursday, September 26, 2019

10:10 AM

Guys we're getting ready to engage with Johnny. To be honest the whole process seems a little loose considering were getting ready to wire a lot of money to someone we do not know. Anything else you can share about him, his operation, how long you've been working with him? I typically don't wire $400k to strangers. Thanks.

anthony, 11:39 AM

Hey Ben you around?

Ben, 1:25 PM

Hey guys

Sorry been at an event all day

David we've had clients working with Johnny for over 3 years

Never had a complaint so far

1:26 PM

Ok. We just wired $300k so we're off and running.

Type a message





| Order ID | Alert Date | Trans Date | Amount | CC # | Merchant Descriptor |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 401532xxxxxx4439 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-07 | 198.70 | 511786xxxxxx0638 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx1095 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-15 | 198.70 | 426684xxxxxx6507 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx0606 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 201.68 | 446540xxxxxx2896 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 69.99 | 438857xxxxxx3231 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 149.91 | 427082xxxxxx2570 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-13 | 198.70 | 470701xxxxxx1216 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 426684xxxxxx3449 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 524366xxxxxx0296 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 201.68 | 414720xxxxxx6069 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1488 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 201.68 | 426690xxxxxx2133 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 464018xxxxxx4430 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 464018xxxxxx9338 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 514863xxxxxx3037 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 149.91 | 414740xxxxxx1934 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 149.91 | 511786xxxxxx3103 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 544927xxxxxx7240 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 426684xxxxxx9751 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 200.69 | 443045xxxxxx1414 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-28 | 202.67 | 414740xxxxxx3892 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 414740xxxxxx9285 | ULTRAFAST KETO BOOST |



| | | | | |
|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 414720xxxxxx9285 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 202.67 | 443047xxxxxx9966 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 198.70 | 552356xxxxxx3261 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-26 | 149.91 | 426290xxxxxx8965 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 426684xxxxxx5159 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8431 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-07 | 200.69 | 431196xxxxxx1184 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-26 | 198.70 | 414720xxxxxx3205 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-27 | 198.70 | 414720xxxxxx6955 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 448903xxxxxx2433 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 445320xxxxxx9393 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8954 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 70.69 | 426684xxxxxx8272 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 152.91 | 443047xxxxxx1730 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 514616xxxxxx2789 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 149.91 | 438854xxxxxx4448 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 202.67 | 459954xxxxxx3765 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 438857xxxxxx0171 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 149.91 | 514863xxxxxx1336 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 149.91 | 436618xxxxxx0559 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 514863xxxxxx1336 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-10 | 208.64 | 527854xxxxxx0408 | ULTRAFAST KETO BOOST 88 |
| NA | 2019-10-05 00:00:00 | 2019-09-22 | 198.70 | 436618xxxxxx1228 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 70.69 | 426290xxxxxx4878 | ULTRAFAST KETO BOOST |

Skype [27]

David Flynn  $0.00
Set a status

cb9

All  People  Messages  Web  Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**Brightree | CB911**
5 participants

Start call

| | | | | | |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1214 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3265 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3515 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx6491 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx6620 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 426684xxxxxx2681 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473703xxxxxx0707 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx7785 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx0084 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx3547 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx3887 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 69.99 | 434256xxxxxx5733 | ULTRAFAST KETO BOO |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx9288 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-08-23 | 198.70 | 406095xxxxxx3202 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx7663 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 198.70 | 446542xxxxxx0203 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 198.70 | 414718xxxxxx8606 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-26 | 200.69 | 414718xxxxxx1859 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-03 | 151.41 | 521333xxxxxx4958 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-25 | 149.91 | 438857xxxxxx0474 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 514474xxxxxx4126 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 414740xxxxxx3257 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 426684xxxxxx5806 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 198.70 | 426684xxxxxx7910 | ULTRAFAST KETO BOOST |

Type a message

Type here to search



| | | | | | |
|---|---|---|---|---|---|
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-03 | 151.41 | 521333xxxxxx4958 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-25 | 149.91 | 438857xxxxxx0474 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 514474xxxxxx4126 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 414740xxxxxx3257 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 426684xxxxxx5806 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 198.70 | 426684xxxxxx7910 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-08 | 198.70 | 426684xxxxxx4672 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-08 | 69.99 | 438857xxxxxx4551 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 412039xxxxxx1951 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-19 | 200.69 | 426690xxxxxx9276 | ULTRAFAST KETO BOOST |

It doesn't take long to see that the same cards are in here multiple times

I am seeing this daily

Rick Rude added *** Mike to this conversation

Rick, 6:45 PM

@Mike what does this look like in authorize and the CRM

Order ID   Alert Date   Trans Date   Amount   CC # Merchant Descriptor

Skype [27]

David Flynn  $0.00
Set a status

cb9

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**Brightree | CB911**
5 participants

Rick, 6:45 PM

@Mike what does this look like in authorize and the CRM

| Order ID | Alert Date | Trans Date | Amount | CC # | Merchant Descriptor |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 401532xxxxxx4439 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-07 | 198.70 | 511786xxxxxx0638 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx1095 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-15 | 198.70 | 426684xxxxxx6507 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx0606 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 201.68 | 446540xxxxxx2896 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 69.99 | 438857xxxxxx3231 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 149.91 | 427082xxxxxx2570 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-13 | 198.70 | 470701xxxxxx1216 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 426684xxxxxx3449 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 524366xxxxxx0296 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 201.68 | 414720xxxxxx6069 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1488 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 201.68 | 426690xxxxxx2133 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 464018xxxxxx4430 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 464018xxxxxx9338 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 514863xxxxxx3037 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 149.91 | 414740xxxxxx1934 | ULTRAFAST KETO BOOST |

Type a message

Type here to search

SIMLER4_01:53 PM
4/20/2024



Skype [27]

David Flynn  $0.00
Set a status

cb9

All | People | Messages | Web | Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants



| NA | 2019-10-05 00:00:00 | 2019-10-01 | 149.91 | 414740xxxxxx1934 | ULTRAFAST KETO BOOST |
|----|---------------------|------------|--------|------------------|----------------------|
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 149.91 | 511786xxxxxx3103 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 544927xxxxxx7240 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 426684xxxxxx9751 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 200.69 | 443045xxxxxx1414 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-28 | 202.67 | 414740xxxxxx3892 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 414720xxxxxx9285 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 202.67 | 443047xxxxxx9966 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 198.70 | 552356xxxxxx3261 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-26 | 149.91 | 426290xxxxxx8965 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 426684xxxxxx5159 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8431 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-07 | 200.69 | 431196xxxxxx1184 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-26 | 198.70 | 414720xxxxxx3205 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-27 | 198.70 | 414720xxxxxx6955 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 448903xxxxxx2433 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 445320xxxxxx9393 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8954 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 70.69  | 426684xxxxxx8272 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 152.91 | 443047xxxxxx1730 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 514616xxxxxx2789 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 149.91 | 438854xxxxxx4448 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 202.67 | 459954xxxxxx3765 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 438857xxxxxx0171 | ULTRAFAST KETO BOOST |

Type a message

| | | | | | |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 149.91 | 436618xxxxxx0559 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 514863xxxxxx1336 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-10 | 208.64 | 527854xxxxxx0408 | ULTRAFAST KETO BOOST 88 |
| NA | 2019-10-05 00:00:00 | 2019-09-22 | 198.70 | 436618xxxxxx1228 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 70.69 | 426290xxxxxx4878 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-17 | 198.70 | 542418xxxxxx6135 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1214 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3265 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3515 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx6491 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx6620 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 426684xxxxxx2681 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473703xxxxxx0707 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx7785 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx0084 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx3547 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx3887 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 69.99 | 434256xxxxxx5733 | ULTRAFAST KETO BOO |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx9288 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-08-23 | 198.70 | 406095xxxxxx3202 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx7663 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 198.70 | 446542xxxxxx0203 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 198.70 | 414718xxxxxx8606 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-26 | 200.69 | 414718xxxxxx1859 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |



| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-03 | 151.41 | 521333xxxxxx4958 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-25 | 149.91 | 438857xxxxxx0474 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 514474xxxxxx4126 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 414740xxxxxx3257 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 426684xxxxxx5806 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 198.70 | 426684xxxxxx7910 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-08 | 198.70 | 426684xxxxxx4672 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-08 | 69.99 | 438857xxxxxx4551 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 412039xxxxxx1951 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-19 | 200.69 | 426690xxxxxx9276 | ULTRAFAST KETO BOOST |

Rick Rude, 10/5/2019

Guys I'm still having huge issues with this alert system

Rick Rude, 10/5/2019

It doesn't take long to see that the same cards are in here multiple times

Rick Rude, 10/5/2019

I'm pretty sure that when you guys are doing this you are running up our charges

I'm pretty sure that when you guys are doing this you are running up our charges

anthony, 6:47 PM

Ok I am forwarding this to the team now.

anthony, 7:01 PM

we just pass what comes from the alert networks. There's no running up charges, alerts come directly from the networks based on his descriptors. But the team is looking into it.

anthony, 7:06 PM

They are going to dig into it a little further but want to hop on a call Monday afternoon.

Sunday, October 6, 2019

Ben, 12:12 AM

You can only ever be charged one alert per transaction btw if that is the concern.

🎙️ Ben Scrancher added 🧑 Brandon Figueroa to this conversation

Tuesday, October 15, 2019

5:03 PM

Guys I am seeing multiple orders where we are getting chargebacks from orders that were already refunded.



**Skype [27]**

David Flynn   $0.00
Set a status

cb9

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**Brightree | CB911**
5 participants

> Guys I am seeing multiple orders where we are getting chargebacks from orders that were already refunded.

Wednesday, October 16, 2019

**Brandon, 5:58 AM**

Hey David!

On these refunded orders, are they refunded from our alerts or just regular customer service refunds (or both)?

As much as it shouldn't be this way, there isn't actually a mechanism at the issuing bank level that "checks" if a customer has been refunded before the chargeback is filed. We would love if the bank reps did their due diligence and made sure there wasn't a refund on file when the customer is attempting to file a dispute, but most of the time they do not do these checks. If the customer files the dispute online or via an app on their phone, then there definitely wouldn't be anything or anyone checking if there was a refund given prior.

If you're seeing this from the alerts, I want you to know that each month, we take a look at all the CBs that have come in and cross reference with the alerts we've provided to you in the past. If we find that any of the chargebacks were actually alerts in the past, then we would credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

Monday, October 21, 2019

**Brandon, 8:44 AM**

Hey David! Hope you had a great weekend!

Type a message



**Skype [27]**

David Flynn  $0.00
Set a status

cb9

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**Group chats**

**Brightree | CB911**
5 participants

**CB911-Call**
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

---

**Brightree | CB911**
5 participants

> Guys I am seeing multiple orders where we are getting chargebacks from orders that were already refunded.

Wednesday, October 16, 2019

**Brandon,** 5:58 AM

Hey David!

On these refunded orders, are they refunded from our alerts or just regular customer service refunds (or both)?

As much as it shouldn't be this way, there isn't actually a mechanism at the issuing bank level that "checks" if a customer has been refunded before the chargeback is filed. We would love if the bank reps did their due diligence and made sure there wasn't a refund on file when the customer is attempting to file a dispute, but most of the time they do not do these checks. If the customer files the dispute online or via an app on their phone, then there definitely wouldn't be anything or anyone checking if there was a refund given prior.

If you're seeing this from the alerts, I want you to know that each month, we take a look at all the CBs that have come in and cross reference with the alerts we've provided to you in the past. If we find that any of the chargebacks were actually alerts in the past, then we would credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

Monday, October 21, 2019

**Brandon,** 8:44 AM

Hey David! Hope you had a great weekend!

Type a message

chargebacks were actually alerts in the past, then we would credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

Monday, October 21, 2019

**Brandon, 8:44 AM**

Hey David! Hope you had a great weekend!

So I put in the request to get you automatically credited for the alerts that turned into chargebacks after our messages above last week, but I was reminded that we recently moved you onto the enriched alerts. Since with the enriched alerts we are not doing full refunds, that negates our ability to apply for credits from the networks as they require full refunds in order for a credit to be eligible.

So the benefit here with enriched is that you will save a ton of money on the lowered refunds, but on the other hand you would lose eligibility for credits if those turned into chargebacks.

On the plus side here, we just started getting inquiries through VMPI for you and those will automatically be credited if they turn into CBs 😁

Thursday, December 19, 2019

1:02 PM

We have a new mid we need to add to alerts and CB responses.  Going through authorize.  Login info sent over

BETTER BOOST KETO 702-3331690
BETTER BOOST KETO 512-2537024



















**Skype [27]**

David Flynn   $0.00
Set a status

cb9

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**Brightree | CB911**
5 participants

Hi Guys, Just wanted to pop in as we've completed the Q4 ROI. I'm attaching that here. For this report we went back and re-checked all cases since you started with CB911 through December 31 to make sure that we saw any cases that may have become Pre-Arbs.

As you can see we saw the overall win rate dip a bit since the previous report due to some incoming 2nd Chargebacks on those older transaction with the issues we were aware of (true fraud and shipping issues). However we still saw a net ROI of over $500,000 since starting with CB911.

I know I'd already sent over the Quarterly Diagnostic, and would love to carve out some time to go through the reporting! Let me know if there's a time that works best for you. I know ASW is this week so there are probably other things occupying your time. But if things are a bit quieter next week, maybe that would work.

Thursday, January 30, 2020

Nick, 1:52 PM

Hi @David Just wanted to let you know that we got the request from Jamie to have all of the statements from 2019 resent over for reconciliation and the finance team got those out. If they need anything else, we can shoot those over no problem!

Monday, May 4, 2020

Melissa, 3:54 PM

Hey @Nick

Can we keep all the Brighree comms here moving forward?

@David for your reference as well

Type a message

Hey @Nick

Can we keep all the Brighree comms here moving forward?

@David - for your reference as well 🙂

Melissa Fitzsimmons has removed Ben Scrancher from this conversation

6:59 PM

Will do. We've got a bunch of new mids on nmi. Will look at adding you tonight.

Wednesday, May 6, 2020

10:35 AM

Can we look into this. Had 35 CB's come in on old nuvei account on 4/29. Another 38 on 4/30. That puts it well over 100 in a few days. And look at this crap. I don't believe a customer charged back a $5 restocking fee from 8/31 but here it is. Nuvei is ether just putting these through as chargebacks or calling the customers and offering them free money. Also on nuvei portal is says quality of goods and services dispute. On yours it says merchandise not received. We need to figure out what's going on here or they're going to bleed us to death and also use this to hold up releasing any reserve funds.

Will do. We've got a bunch of new mids on hml. Will look at adding you tonight.

Wednesday, May 6, 2020

10:35 AM

Can we look into this. Had 35 CB's come in on old nuvei account on 4/29. Another 38 on 4/30. That puts it well over 100 in a few days. And look at this crap. I don't believe a customer charged back a $5 restocking fee from 8/31 but here it is. Nuvei is ether just putting these through as chargebacks or calling the customers and offering them free money. Also on nuvei portal is says quality of goods and services dispute. On yours it says merchandise not received. We need to figure out what's going on here or they're going to bleed us to death and also use this to hold up releasing any reserve funds.



I see 81 new chargebacks on your system on nuvei since 4/20. It looks like more in their portal but maybe that's including other stuff.

Nick, 11:17 AM

Hey David,

yeah I was talking with the head of our client relations team today on this one to check through and we've

and also use this to hold up releasing any reserve funds.



I see 81 new chargebacks on your system on nuvei since 4/20. It looks like more in their portal but maybe that's including other stuff.

**Nick,** 11:17 AM

Hey David,

yeah I was talking with the head of our client relations team today on this one to check through and we've arrived at the a similar place regarding the chargebacks.

You are correct regarding the counts, those reports do include some status updates so after we scrub the data we come to the CB count currently in the CB911 system.

They most certainly are very very strange, and convenient based on what you're experiencing. What we aren't seeing is a smoking gun on the origins. These chargebacks are spread out throughout the time the MID was open and from separate card numbers so there's no one customer that looks to be the culprit.

Regarding the reason category. Looks like this category can encompass a few different things and the

yeah I was talking with the head of our client relations team today on this one to check through and we've arrived at the similar place regarding the chargebacks.

You are correct regarding the counts, those reports do include some status updates so after we scrub the data we come to the CB count currently in the CB911 system.

They most certainly are very very strange, and convenient based on what you're experiencing.  What we aren't seeing is a smoking gun on the origins.  These chargebacks are spread out throughout the time the MID was open and from separate card numbers so there's no one customer that looks to be the culprit.

Regarding the reason category.  Looks like this category can encompass a few different things and the wording we've selected is just the most common reason.  I've put a ticket in to our team to have that updated.  These are falling under the "quality of goods and services" category.

Our recommendation at this point, especially as you have the pending litigation would be to look to utilize your customer service teams to try to reach out to these customers yourselves.  This could be a very simple conversation of "we saw that you filed a chargeback regarding our product and just wanted to understand what prompted that choice to help us improve moving forward".  If your team comes back and says "of these 81 cases we spoke to 50 people and NONE of them asked for a chargeback" you're in a position of informational power to use that to prompt Nuvei and Discover.  "Hey here's what we found, so if the customer didn't ask for this, we need you to tell us how these happened".  This may mean you'll get an answer of "we flagged the descriptor and our customer success team charged back all purchases from that 90 day period but at least it'll be the company on the record stating why these chargebacks occurred.

11:19 AM

That's what we thought. Could they flag these for chargebacks and then keep the money, never distributing it