# Exhibit E



Skype [27]

David Flynn $0.00
Set a status

Brightree | CB911
5 participants

Start call

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**anthony pugliese** has made the chat history visible to everyone

**anthony pugliese** added **David Flynn**, **Ben Scrancher** to this conversation

Invite More People

anthony, 10:48 AM

Ben, meet David from Bright tree

Ben, 11:08 AM

Thanks **@anthony**

David - great to meet you!

Anthony and I were looking at your statistics earlier and would like to have a chat sometime soon to suit you

Are you around tomorrow morning?

11:10 AM

Pleasure to meet you. How's 11:00 AM PST. I'm free later as well.

Type a message

Type here to search

3:51 PM
4/20/2024



SIHLER5_011100



anthony, 10:48 AM

Ben, meet David from Bright tree

Ben, 11:08 AM

Thanks @anthony

David - great to meet you!

Anthony and I were looking at your statistics earlier and would like to have a chat sometime soon to suit you

Are you around tomorrow morning?

11:10 AM

Pleasure to meet you. How's 11:00 AM PST. I'm free later as well.

Ben, 11:39 AM

Hey david! I'm based in London so 8 hours ahead of you. If there's anyway that we could do earlier that would be awesome. If not we'll make it work!

11:45 AM

Sure give me a time that works for you and I'll be there.

Ben, 11:51 AM

SIHLER5_011101



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Ben, 11:51 AM
Awesome thanks. How's 9am?

11:51 AM
Can we do 8:00?

Ben, 12:03 PM
Yeah that's great

1:52 PM
Great. Skype? If call my direct cell is 702-277-8611

Friday, September 20, 2019

Call ended
8:26 AM | 25m 56s

5:39 PM
Thanks again for your time this morning. I may have missed it but I don't recall seeing any info on the groups that can help with increasing our transaction number. I think we've got a great fit to launch a stand alone digital keto planner for $1.00 that would work really well with this program. Thanks.

Ben, 11:20 PM
Hey David. See the chat with Johnny De Luca. He's the one that can help with that.

Type a message

Type here to search

3:51 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All | People | Messages | Web | Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Hey David. See the chat with Johnny De Luca. He's the one that can help with that.

Sounds great

Thursday, September 26, 2019

10:10 AM

Guys we're getting ready to engage with Johnny. To be honest the whole process seems a little loose considering were getting ready to wire a lot of money to someone we do not know. Anything else you can share about him, his operation, how long you've been working with him? I typically don't wire $400k to strangers. Thanks.

anthony, 11:39 AM

Hey Ben you around?

Ben, 1:25 PM

Hey guys

Sorry been at an event all day

David we've had clients working with Johnny for over 3 years

Never had a complaint so far

1:26 PM

Ok. We just wired $300k so we're off and running.

Type a message

Type here to search

3:51 PM
4/20/2024





Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Ok. We just wired $300k so we're off and running.

Ben, 1:26 PM
It's a big initial batch but you're safe wiring him funds

Thursday, October 3, 2019

anthony, 1:31 PM
Hey David, do you have time for a quick call with Ben and myself tomorrow morning? We just want to go over a few things.

Friday, October 4, 2019

anthony, 6:29 AM
Hey guys, are we good to do a call on this chat? and I will just walk over to client relations

Ben, 6:29 AM
Yeah that's cool

Call started
8:00 AM

David Flynn added Rick Rude to this conversation

Type a message

Type here to search

3:51 PM
4/20/2024

David Flynn added 🧑 Rick Rude to this conversation

📞 **Call ended**
8:18 AM | 17m 45s

Saturday, October 5, 2019

Rick, 6:43 PM

Guys I'm still having huge issues with this alert system

| Order ID | Alert Date | Trans Date | Amount | CC # | Merchant Descriptor |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 401532xxxxxx4439 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-07 | 198.70 | 511786xxxxxx0638 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx1095 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-15 | 198.70 | 426684xxxxxx6507 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx0606 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 201.68 | 446540xxxxxx2896 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 69.99 | 438857xxxxxx3231 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 149.91 | 427082xxxxxx2570 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-13 | 198.70 | 470701xxxxxx1216 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 426684xxxxxx3449 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 524366xxxxxx0296 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 201.68 | 414720xxxxxx6069 | ULTRAFAST KETO BOOST |

SIHLER5_011105



Skype [27]

David Flynn  $0.00
Set a status

cb9

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**Brightree | CB911**
5 participants

| Order ID | Alert Date | Trans Date | Amount | CC # | Merchant Descriptor |
|----------|------------|------------|--------|------|---------------------|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 401532xxxxxx4439 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-07 | 198.70 | 511786xxxxxx0638 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx1095 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-15 | 198.70 | 426684xxxxxx6507 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx0606 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 201.68 | 446540xxxxxx2896 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 69.99 | 438857xxxxxx3231 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 149.91 | 427082xxxxxx2570 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-13 | 198.70 | 470701xxxxxx1216 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 426684xxxxxx3449 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 524366xxxxxx0296 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 201.68 | 414720xxxxxx6069 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1488 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 201.68 | 426690xxxxxx2133 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 464018xxxxxx4430 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 464018xxxxxx9338 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 514863xxxxxx3037 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 149.91 | 414740xxxxxx1934 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 149.91 | 511786xxxxxx3103 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 544927xxxxxx7240 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 426684xxxxxx9751 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 200.69 | 443045xxxxxx1414 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-28 | 202.67 | 414740xxxxxx3892 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 414720xxxxxx9285 | ULTRAFAST KETO BOOST |

Type a message

Type here to search

3:51 PM
4/20/2024

SIHLER5_011106



| | | | | | |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 414720xxxxxx9285 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 202.67 | 443047xxxxxx9966 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 198.70 | 552356xxxxxx3261 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-26 | 149.91 | 426290xxxxxx8965 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 426684xxxxxx5159 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8431 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-07 | 200.69 | 431196xxxxxx1184 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-26 | 198.70 | 414720xxxxxx3205 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-27 | 198.70 | 414720xxxxxx6955 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 448903xxxxxx2433 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 445320xxxxxx9393 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8954 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 70.69 | 426684xxxxxx8272 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 152.91 | 443047xxxxxx1730 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 514616xxxxxx2789 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 149.91 | 438854xxxxxx4448 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 202.67 | 459954xxxxxx3765 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 438857xxxxxx0171 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 149.91 | 514863xxxxxx1336 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 149.91 | 436618xxxxxx0559 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 514863xxxxxx1336 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-10 | 208.64 | 527854xxxxxx0408 | ULTRAFAST KETO BOOST 88 |
| NA | 2019-10-05 00:00:00 | 2019-09-22 | 198.70 | 436618xxxxxx1228 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 70.69 | 426290xxxxxx4878 | ULTRAFAST KETO BOOST |



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

| | | | | | |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1214 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3265 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3515 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx6491 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx6620 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 426684xxxxxx2681 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473703xxxxxx0707 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx7785 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx0084 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx3547 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx3887 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 69.99 | 434256xxxxxx5733 | ULTRAFAST KETO BOO |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx9288 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-08-23 | 198.70 | 406095xxxxxx3202 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx7663 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 198.70 | 446542xxxxxx0203 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 198.70 | 414718xxxxxx8606 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-26 | 200.69 | 414718xxxxxx1859 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-03 | 151.41 | 521333xxxxxx4958 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-25 | 149.91 | 438857xxxxxx0474 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 514474xxxxxx4126 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 414740xxxxxx3257 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 426684xxxxxx5806 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 198.70 | 426684xxxxxx7910 | ULTRAFAST KETO BOOST |

Type a message

Type here to search

3:51 PM
4/20/2024



| | | | | | |
|---|---|---|---|---|---|
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-03 | 151.41 | 521333xxxxxx4958 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-25 | 149.91 | 438857xxxxxx0474 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 514474xxxxxx4126 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 414740xxxxxx3257 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 426684xxxxxx5806 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 198.70 | 426684xxxxxx7910 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-08 | 198.70 | 426684xxxxxx4672 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-08 | 69.99 | 438857xxxxxx4551 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 412039xxxxxx1951 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-19 | 200.69 | 426690xxxxxx9276 | ULTRAFAST KETO BOOST |

It doesn't take long to see that the same cards are in here multiple times

I am seeing this daily

Rick Rude added **Mike** to this conversation

Rick, 6:45 PM
@Mike what does this look like in authorize and the CRM

Order ID   Alert Date   Trans Date   Amount   CC #   Merchant Descriptor

SIHLER5_011109



Rick, 6:45 PM

@Mike what does this look like in authorize and the CRM

| Order ID | Alert Date | Trans Date | Amount | CC # | Merchant Descriptor |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 401532xxxxxx4439 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-07 | 198.70 | 511786xxxxxx0638 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx1095 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-15 | 198.70 | 426684xxxxxx6507 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 446542xxxxxx0606 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 201.68 | 446540xxxxxx2896 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 69.99 | 438857xxxxxx3231 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 149.91 | 427082xxxxxx2570 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-13 | 198.70 | 470701xxxxxx1216 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 426684xxxxxx3449 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 524366xxxxxx0296 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 201.68 | 414720xxxxxx6069 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1488 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 201.68 | 426690xxxxxx2133 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 464018xxxxxx4430 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 464018xxxxxx9338 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 514863xxxxxx3037 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 149.91 | 414740xxxxxx1934 | ULTRAFAST KETO BOOST |

SIHLER5_011110



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

| | | | | | |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 149.91 | 414740xxxxxx1934 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-02 | 149.91 | 511786xxxxxx3103 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 544927xxxxxx7240 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-05 | 149.91 | 426684xxxxxx9751 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 200.69 | 443045xxxxxx1414 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-28 | 202.67 | 414740xxxxxx3892 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 414720xxxxxx9285 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 202.67 | 443047xxxxxx9966 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-09 | 198.70 | 552356xxxxxx3261 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 414720xxxxxx8664 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-26 | 149.91 | 426290xxxxxx8965 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-28 | 198.70 | 426684xxxxxx5159 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8431 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-07 | 200.69 | 431196xxxxxx1184 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-08-26 | 198.70 | 414720xxxxxx3205 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-08-27 | 198.70 | 414720xxxxxx6955 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 198.70 | 448903xxxxxx2433 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 445320xxxxxx9393 | Ultrafast Keto Boost |
| NA | 2019-10-05 00:00:00 | 2019-09-18 | 198.70 | 521333xxxxxx8954 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-30 | 70.69 | 426684xxxxxx8272 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 152.91 | 443047xxxxxx1730 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 514616xxxxxx2789 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-16 | 149.91 | 438854xxxxxx4448 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 202.67 | 459954xxxxxx3765 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-16 | 198.70 | 438857xxxxxx0171 | ULTRAFAST KETO BOOST |

Type a message

Type here to search

3:52 PM
4/20/2024



| | | | | | |
|---|---|---|---|---|---|
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 149.91 | 436618xxxxxx0559 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 514863xxxxxx1336 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-10 | 208.64 | 527854xxxxxx0408 | ULTRAFAST KETO BOOST 88 |
| NA | 2019-10-05 00:00:00 | 2019-09-22 | 198.70 | 436618xxxxxx1228 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 70.69 | 426290xxxxxx4878 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-17 | 198.70 | 542418xxxxxx6135 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-04 | 198.70 | 400022xxxxxx1214 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3265 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx3515 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx6491 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx6620 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 426684xxxxxx2681 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473703xxxxxx0707 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx7785 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx0084 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx3547 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434256xxxxxx3887 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 69.99 | 434256xxxxxx5733 | ULTRAFAST KETO BOO |
| na | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 434258xxxxxx9288 | ULTRAFAST KE |
| na | 2019-10-05 00:00:00 | 2019-08-23 | 198.70 | 406095xxxxxx3202 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 473702xxxxxx7663 | ULTRAFAST KE |
| NA | 2019-10-05 00:00:00 | 2019-09-20 | 198.70 | 446542xxxxxx0203 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-02 | 198.70 | 414718xxxxxx8606 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-26 | 200.69 | 414718xxxxxx1859 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |

SIHLER5_011112



Skype [27]

David Flynn $0.00
Set a status

cb9

All | People | Messages | Web | Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

| | | | | | |
|---|---|---|---|---|---|
| na | 2019-10-05 00:00:00 | 2019-10-02 | 149.91 | 426684xxxxxx2999 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-30 | 149.91 | 441712xxxxxx0700 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-03 | 151.41 | 521333xxxxxx4958 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-25 | 149.91 | 438857xxxxxx0474 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-10-01 | 198.70 | 514474xxxxxx4126 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-10-03 | 198.70 | 414740xxxxxx3257 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-23 | 198.70 | 426684xxxxxx5806 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-29 | 198.70 | 426684xxxxxx7910 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-08 | 198.70 | 426684xxxxxx4672 | ULTRAFAST KETO BOOST |
| na | 2019-10-05 00:00:00 | 2019-09-08 | 69.99 | 438857xxxxxx4551 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-21 | 198.70 | 412039xxxxxx1951 | ULTRAFAST KETO BOOST |
| NA | 2019-10-05 00:00:00 | 2019-09-19 | 200.69 | 426690xxxxxx9276 | ULTRAFAST KETO BOOST |

Rick Rude, 10/5/2019

Guys I'm still having huge issues with this alert system

Rick Rude, 10/5/2019

It doesn't take long to see that the same cards are in here multiple times

Rick Rude, 10/5/2019

I'm pretty sure that when you guys are doing this you are running up our charges

Type a message

Type here to search

3:52 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

I'm pretty sure that when you guys are doing this you are running up our charges

anthony, 6:47 PM
Ok I am forwarding this to the team now.

anthony, 7:01 PM
we just pass what comes from the alert networks. There's no running up charges, alerts come directly from the networks based on his descriptors. But the team is looking into it.

anthony, 7:06 PM
They are going to dig into it a little further but want to hop on a call Monday afternoon.

Sunday, October 6, 2019

Ben, 12:12 AM
You can only ever be charged one alert per transaction btw if that is the concern.

**Ben Scrancher** added **Brandon Figueroa** to this conversation

Tuesday, October 15, 2019

5:03 PM
Guys I am seeing multiple orders where we are getting chargebacks from orders that were already refunded.

Type a message

Type here to search

3:52 PM
4/20/2024

SIHLER5_011114



Guys I am seeing multiple orders where we are getting chargebacks from orders that were already refunded.

Wednesday, October 16, 2019

Brandon, 5:58 AM

Hey David!

On these refunded orders, are they refunded from our alerts or just regular customer service refunds (or both)?

As much as it shouldn't be this way, there isn't actually a mechanism at the issuing bank level that "checks" if a customer has been refunded before the chargeback is filed. We would love if the bank reps did their due diligence and made sure there wasn't a refund on file when the customer is attempting to file a dispute, but most of the time they do not do these checks. If the customer files the dispute online or via an app on their phone, then there definitely wouldn't be anything or anyone checking if there was a refund given prior.

If you're seeing this from the alerts, I want you to know that each month, we take a look at all the CBs that have come in and cross reference with the alerts we've provided to you in the past. If we find that any of the chargebacks were actually alerts in the past, then we would credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

Monday, October 21, 2019

Brandon, 8:44 AM

Hey David! Hope you had a great weekend!

SIHLER5_011115



Guys I am seeing multiple orders where we are getting chargebacks from orders that were already refunded.

Wednesday, October 16, 2019

Brandon, 5:58 AM

Hey David!

On these refunded orders, are they refunded from our alerts or just regular customer service refunds (or both)?

As much as it shouldn't be this way, there isn't actually a mechanism at the issuing bank level that "checks" if a customer has been refunded before the chargeback is filed. We would love if the bank reps did their due diligence and made sure there wasn't a refund on file when the customer is attempting to file a dispute, but most of the time they do not do these checks. If the customer files the dispute online or via an app on their phone, then there definitely wouldn't be anything or anyone checking if there was a refund given prior.

If you're seeing this from the alerts, I want you to know that each month, we take a look at all the CBs that have come in and cross reference with the alerts we've provided to you in the past. If we find that any of the chargebacks were actually alerts in the past, then we would credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

Monday, October 21, 2019

Brandon, 8:44 AM

Hey David! Hope you had a great weekend!

SIHLER5_011116



chargebacks were actually alerts in the past, then we would credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

Monday, October 21, 2019

Brandon, 8:44 AM

Hey David! Hope you had a great weekend!

So I put in the request to get you automatically credited for the alerts that turned into chargebacks after our messages above last week, but I was reminded that we recently moved you onto the enriched alerts. Since with the enriched alerts we are not doing full refunds, that negates our ability to apply for credits from the networks as they require full refunds in order for a credit to be eligible.

So the benefit here with enriched is that you will save a ton of money on the lowered refunds, but on the other hand you would lose eligibility for credits if those turned into chargebacks.

On the plus side here, we just started getting inquiries through VMPI for you and those will automatically be credited if they turn into CBs 😄

Thursday, December 19, 2019

1:02 PM

We have a new mid we need to add to alerts and CB responses. Going through authorize. Login info sent over

BETTER BOOST KETO 702-3331690
BETTER BOOST KETO 512-2537024

SIHLER5_011117



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Thursday, December 19, 2019

1:02 PM

We have a new mid we need to add to alerts and CB responses. Going through authorize. Login info sent over

BETTER BOOST KETO 702-3331690
BETTER BOOST KETO 512-2537024

Login ID: JaneSmith911boost
An activation email has been sent to: j.smith@chargebacks911.com

I believe those are the descriptors. Was changed to the bottom one on day 2

Looks like 17 chargebacks in so far in about a week. What do you need to get info on these?

scratch that. Looks like 8. Need to check with processor. Looks like someone has responded to these. Not sure who

Brandon, 1:08 PM

Hey David! Thanks for the info, I'm gonna add Nick to this chat real quick

Brandon Figueroa added Nick Carroll to this conversation

Nick, 1:10 PM

Type a message

Type here to search

3:52 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Brandon Figueroa added Nick Carroll to this conversation

Nick, 1:10 PM

Hi DAvid. Got the Authorize e-mail. For CB representments and to get the thing implemented we'll just need the Processor login also

Was that also e-mailed over to J.smith? She saw the one come through but hasn't seen another just yet. Want to make sure the other gets knocked out also.

1:11 PM

Yes. Just set it up

Login ID: [ JaneSmith911boost ]
User Role: Account Administrator
Title: ManagerPhone: 8776349808
Mobile:
Email: j.smith@chargebacks911.com

Nick, 1:14 PM

Gotcha. I'll have her keep an eye out for the Processor Credentials.

I do see that the Gateway Credentials for Authorize.net have been received. Do we know which e-mail we should be looking for these Processor Credentials to come from?

Nick, 1:42 PM

Type a message

Type here to search

3:52 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All | People | Messages | Web | Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Nick, 1:14 PM

Gotcha. I'll have her keep an eye out for the Processor Credentials.

I do see that the Gateway Credentials for Authorize.net have been received. Do we know which e-mail we should be looking for these Processor Credentials to come from?

Nick, 1:42 PM

Hi David. Looks like we still haven't seen any Processor Credentials come through via e-mail or here. We still only have the Authorize.net login which is just the Gateway.

2:14 PM

OK I'm looking into it.

Nick, 2:15 PM

Thank you, sir! Looks like Jane has headed out for the day but once we have that Processor name we can chase that for you.

Thanks!

Tuesday, December 24, 2019

Nick, 7:04 AM

Hi Guys, Hope you guys have a wonderful Christmas.

Just in follow-up I haven't seen login information hit for this MID's Processor yet. We were able to dig in to

Type a message

Type here to search

3:52 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Thanks!

Tuesday, December 24, 2019

Nick, 7:04 AM

Hi Guys, Hope you guys have a wonderful Christmas.

Just in follow-up I haven't seen login information hit for this MID's Processor yet. We were able to dig in to the Authorize.net login and get the MID Number which we're using to get the Alerts enrolled. We still just need that Processor login for the representment services.

Brandon, 7:52 AM

**Brandon Figueroa** has removed **anthony pugliese** from this conversation

Thursday, December 26, 2019

Nick, 11:27 AM

Hi Everyone,

Hope you had a Merry Christmas. Reaching out here to confirm that we received the MXMerchant Login for

Type a message

Type here to search

3:52 PM
4/20/2024

SIHLER5_011121



Skype [27]

David Flynn $0.00
Set a status

cb9

All | People | Messages | Web | Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Nick, 11:27 AM

Hi Everyone,

Hope you had a Merry Christmas. Reaching out here to confirm that we received the MXMerchant Login for your new MID from Aaron today. As such we're getting that fully integrated for chargeback services.

Thanks!

Thursday, January 2, 2020

Nick Carroll added Melissa Fitzsimmons to this conversation

Nick, 10:16 AM

Hi Guys,

Adding Melissa in to this chat from the CB911 Side. She's part of our Client Success team and is going to be at ASW this month. I wanted to be sure you guys could connect prior as I also know she has some expertise in some of the issues I know David and I had discussed.

Melissa Fitzsimmons has renamed the conversation to "Brightree | CB911 "

Melissa, 10:29 AM

Type a message

Type here to search

3:52 PM
4/20/2024

SIHLER5_011122



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Hi Guys,

Adding Melissa in to this chat from the CB911 Side. She's part of our Client Success team and is going to be at ASW this month. I wanted to be sure you guys could connect prior as I also know she has some expertise in some of the issues I know David and I had discussed.

**Melissa Fitzsimmons** has renamed the conversation to "Brightree | CB911 "

Melissa, 10:29 AM

Hey Gentlemen! I have heard the best things about you from Brit at Paysafe and Ryan at MiCamp!

And Nick, of course

Monday, January 20, 2020

Melissa, 10:36 AM

**@David** - was trying to get a hold of you, but I have good news, haha.

10:41 AM

I'll call in a few.

Melissa, 11:17 AM

Sounds good!

Type a message

Type here to search

3:52 PM
4/20/2024



Skype [27]
David Flynn $0.00
Set a status
cb9
All People Messages Web Groups
Quickly search for people, messages and groups.
Group chats
Brightree | CB911
5 participants
CB911-Call
3 participants
Skype directory
David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States
Eric Dinchev - CB911
2 mutual connections
live:e.dinchev
Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States
More
Brightree | CB911
5 participants
Start call
10:41 AM
I'll call in a few.
Melissa, 11:17 AM
Sounds good!
Wednesday, January 22, 2020
Melissa, 8:27 AM
@David - can you do lunch on Tuesday, the 28th at Noon at the Bellagio?
Melissa, 12:39 PM
I am holding our CEO's slot if someone can loop me in with David's assistant to confirm
Please and thank you
Let me help buy you lunchhhh lol
Thursday, January 23, 2020
Melissa, 8:43 AM
@David
Wednesday, January 29, 2020
Nick, 1:40 PM
Type a message
Type here to search
3:52 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

B| Brightree | CB911
5 participants

CB CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

BC Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

B| Brightree | CB911
5 participants

Start call

Thursday, January 23, 2020

Melissa, 8:43 AM

@David 🙂

Wednesday, January 29, 2020

Nick, 1:40 PM

5621_Brightree_Holdings_...
1.8 MB | MS Excel

This file is no longer available for download.
Learn more

Hi Guys, Just wanted to pop in as we've completed the Q4 ROI. I'm attaching that here. For this report we went back and re-checked all cases since you started with CB911 through December 31 to make sure that we saw any cases that may have become Pre-Arbs.

As you can see we saw the overall win rate dip a bit since the previous report due to some incoming 2nd Chargebacks on those older transaction with the issues we were aware of (true fraud and shipping issues). However we still saw a net ROI of over $500,000 since starting with CB911.

I know I'd already sent over the Quarterly Diagnostic, and would love to carve out some time to go through the reporting! Let me know if there's a time that works best for you. I know ASW is this week so there are

Type a message

Type here to search

3:52 PM
4/20/2024



Skype [27]

David Flynn $0.00
Set a status

cb9

All People Messages Web Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Hi Guys, Just wanted to pop in as we've completed the Q4 ROI. I'm attaching that here. For this report we went back and re-checked all cases since you started with CB911 through December 31 to make sure that we saw any cases that may have become Pre-Arbs.

As you can see we saw the overall win rate dip a bit since the previous report due to some incoming 2nd Chargebacks on those older transaction with the issues we were aware of (true fraud and shipping issues). However we still saw a net ROI of over $500,000 since starting with CB911.

I know I'd already sent over the Quarterly Diagnostic, and would love to carve out some time to go through the reporting! Let me know if there's a time that works best for you. I know ASW is this week so there are probably other things occupying your time. But if things are a bit quieter next week, maybe that would work.

Thursday, January 30, 2020

Nick, 1:52 PM

Hi **@David** Just wanted to let you know that we got the request from Jamie to have all of the statements from 2019 resent over for reconciliation and the finance team got those out. If they need anything else, we can shoot those over no problem!

Monday, May 4, 2020

Melissa, 3:54 PM

Hey **@Nick**

Can we keep all the Brighree comms here moving forward?

Type a message

Type here to search

3:53 PM
4/20/2024

SIHLER5_011126



Skype [27]

David Flynn $0.00
Set a status

cb9

All | People | Messages | Web | Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

Hey **@Nick**

Can we keep all the Brighree comms here moving forward?

**@David** - for your reference as well 🙂

**Melissa Fitzsimmons** has removed **Ben Scrancher** from this conversation

6:59 PM

Will do. We've got a bunch of new mids on nmi. Will look at adding you tonight.

Wednesday, May 6, 2020

10:35 AM

Can we look into this. Had 35 CB's come in on old nuvei account on 4/29. Another 38 on 4/30. That puts it well over 100 in a few days. And look at this crap. I don't believe a customer charged back a $5 restocking fee from 8/31 but here it is. Nuvei is ether just putting these through as chargebacks or calling the customers and offering them free money. Also on nuvei portal is says quality of goods and services dispute. On yours it says merchandise not received. We need to figure out what's going on here or they're going to bleed us to death and also use this to hold up releasing any reserve funds.

Type a message

Type here to search

3:53 PM
4/20/2024

SIHLER5_011127



Skype [27]

**David Flynn**  $0.00
Set a status

cb9

All    People    Messages    Web    Groups

Quickly search for people, messages and groups.

**Group chats**

**Brightree | CB911**
5 participants

**CB911-Call**
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

**Brightree | CB911**
5 participants

Start call

Will do. We've got a bunch of new mids on him. Will look at adding you tonight.

Wednesday, May 6, 2020

10:35 AM

Can we look into this. Had 35 CB's come in on old nuvei account on 4/29. Another 38 on 4/30. That puts it well over 100 in a few days. And look at this crap. I don't believe a customer charged back a $5 restocking fee from 8/31 but here it is. Nuvei is ether just putting these through as chargebacks or calling the customers and offering them free money. Also on nuvei portal it says quality of goods and services dispute. On yours it says merchandise not received. We need to figure out what's going on here or they're going to bleed us to death and also use this to hold up releasing any reserve funds.

I see 81 new chargebacks on your system on nuvei since 4/20. It looks like more in their portal but maybe that's including other stuff.

Nick, 11:17 AM

Hey David,

yeah I was talking with the head of our client relations team today on this one to check through and we've

Type a message

Type here to search

3:53 PM
4/20/2024

SIHLER5_011128



Skype [27]

David Flynn  $0.00
Set a status

cb9

All    People    Messages    Web    Groups

Quickly search for people, messages and groups.

**Group chats**

Brightree | CB911
5 participants

CB911-Call
3 participants

**Skype directory**

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

Start call

and also use this to hold up releasing any reserve funds.

I see 81 new chargebacks on your system on nuvei since 4/20.  It looks like more in their portal but maybe that's including other stuff.

Nick, 11:17 AM

Hey David,

yeah I was talking with the head of our client relations team today on this one to check through and we've arrived at the a similar place regarding the chargebacks.

You are correct regarding the counts, those reports do include some status updates so after we scrub the data we come to the CB count currently in the CB911 system.

They most certainly are very very strange, and convenient based on what you're experiencing.  What we aren't seeing is a smoking gun on the origins.  These chargebacks are spread out throughout the time the MID was open and from separate card numbers so there's no one customer that looks to be the culprit.

Regarding the reason category.  Looks like this category can encompass a few different things and the

Type a message

Type here to search

3:53 PM
4/20/2024

SIHLER5_011129

yeah I was talking with the head of our client relations team today on this one to check through and we've arrived at the a similar place regarding the chargebacks.

You are correct regarding the counts, those reports do include some status updates so after we scrub the data we come to the CB count currently in the CB911 system.

They most certainly are very very strange, and convenient based on what you're experiencing.  What we aren't seeing is a smoking gun on the origins.  These chargebacks are spread out throughout the time the MID was open and from separate card numbers so there's no one customer that looks to be the culprit.

Regarding the reason category.  Looks like this category can encompass a few different things and the wording we've selected is just the most common reason.  I've put a ticket in to our team to have that updated.  These are falling under the "quality of goods and services" category.

Our recommendation at this point, especially as you have the pending litigation would be to look to utilize your customer service teams to try to reach out to these customers yourselves.  This could be a very simple conversation of "we saw that you filed a chargeback regarding our product and just wanted to understand what prompted that choice to help us improve moving forward".  If your team comes back and says "of these 81 cases we spoke to 50 people and NONE of them asked for a chargeback" you're in a position of informational power to use that to prompt Nuvei and Discover.  "Hey here's what we found, so if the customer didn't ask for this, we need you to tell us how these happened".  This may mean you'll get an answer of "we flagged the descriptor and our customer success team charged back all purchases from that 90 day period" but at least it'll be the company on the record stating why these chargebacks occurred.

11:19 AM

That's what we thought. Could they flag these for chargebacks and then keep the money, never distributing it

SIHLER5_011130



Skype [27]

David Flynn  $0.00
Set a status

cb9

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

Group chats

Brightree | CB911
5 participants

CB911-Call
3 participants

Skype directory

David Pirtle - VP of Enterprise En
6 mutual connections
cb911david
Clearwater, United States

Eric Dinchev - CB911
2 mutual connections
live:e.dinchev

Benita CB911
3 mutual connections
live:b.oliveira_11
Clearwater, United States

More

Brightree | CB911
5 participants

81 cases we spoke to 50 people and NONE of them asked for a chargeback" you're in a position of informational power to use that to prompt Nuvei and Discover. "Hey here's what we found, so if the customer didn't ask for this, we need you to tell us how these happened". This may mean you'll get an answer of "we flagged the descriptor and our customer success team charged back all purchases from that 90 day period" but at least it'll be the company on the record stating why these chargebacks occurred.

11:19 AM

That's what we thought. Could they flag these for chargebacks and then keep the money, never distributing it to the customers?

Thursday, May 7, 2020

Nick, 6:45 AM

Hey David,

Confirming we got  a bunch of NMI logins for Simplehealth yesterday.  Just wanted to make sure that these were nteh new MIDs and that you'd be sending over the Processor logins also.

Additionally, just wanted to follow up on a couple outstanding items:

Sales URLs.  We just need to confirm the sales pages for your sites so we're referencing the correct info as we're pulling these chargebacks.  That wasn't included on the spreadsheet you had sent over.

Finally, we're seeing  a few things on the spreadsheet I just wanted to confirm.

MIDS:

Type a message

Start call

3:53 PM
4/20/2024

SIHLER5_011131