Exhibit F

12/2/22, 12:43 PM                                    Archived conversations

melflipski  7/29/2020, 3:36:11 PM
So equally guilty party on missing you guys

melflipski  7/29/2020, 3:36:03 PM
I just saw I had a VM from David though

melflipski  7/29/2020, 3:35:56 PM
Welcome baccckkkkk

instantlyfamous  7/29/2020, 3:35:41 PM
I'm back

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:46:47 AM
<addmember><eventtime>1595944007516</eventtime><initiator>8:melflipski</initiator>
<target>8:live:m.jacula</target></addmember>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:46:39 AM
<deletemember><eventtime>1595944000048</eventtime><initiator>8:melflipski</initiator>
<target>8:live:n.carroll_6</target></deletemember>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:40:25 AM
<addmember><eventtime>1595943625705</eventtime><initiator>8:melflipski</initiator>
<target>8:instantlyfamous</target></addmember>

melflipski  7/28/2020, 9:40:06 AM
Opps and I accidentally removed Rick if we can add him back LOL

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:53 AM
<deletemember><eventtime>1595943593956</eventtime><initiator>8:melflipski</initiator>
<target>8:live:m.jacula</target></deletemember>

melflipski  7/28/2020, 9:39:43 AM
Can we PLEASE get these credentials updated!

melflipski  7/28/2020, 9:39:28 AM
Hey Guys

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:25 AM
<addmember><eventtime>1595943565643</eventtime><initiator>8:melflipski</initiator>
<target>8:live:m.jacula</target></addmember>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:20 AM
<deletemember><eventtime>1595943560518</eventtime><initiator>8:melflipski</initiator>
<target>8:instantlyfamous</target></deletemember>

Sihler-01378

12/2/22, 12:43 PM                          Archived conversations

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:17 AM
<deletemember><eventtime>1595943557674</eventtime><initiator>8:melflipski</initiator>
<target>8:brandontfigueroa</target></deletemember>


live:n.carroll_6  5/13/2020, 2:07:27 PM
Hey David,

Seeing that big influx of new traffic in your CRM. I trust that these are coming through today
for those sales URLs, but also wanted to be sure that we were getting all of the credentials for
the MIDs added after these as well. Don't want all that traffic sitting out there unprotected.

melflipski  5/12/2020, 7:53:19 PM
Def want to make sure you have the coverage you need as you scale

melflipski  5/12/2020, 7:53:09 PM
Hey Guys! <at id="8:xcellent.choice">David</at>, can you get those asap so that your
account can be all set?

live:n.carroll_6  5/12/2020, 12:54:20 PM
<quote author="live:n.carroll_6" authorname="Nick Carroll" timestamp="1588950358"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1588950358135" cuid="11989731554887367238"><legacyquote>[1588950358]
Nick Carroll: </legacyquote>Hi David:

These are the outstanding items preventing MID integration. Know I followed up on those
yesterday so apologies if this is a nag, but want to be sure I'm not letting these lag for you. Let
me know if you'd like me to send back that spreadsheet on telegram so you have those mids in
front of you!

Sales URLs. We just need to confirm the sales pages for your sites so we're referencing the
correct info as we're pulling these chargebacks. That wasn't included on the spreadsheet you
had sent over.

Finally, we're seeing a few things on the spreadsheet I just wanted to confirm.

MIDS:
8867979704016852
8867979704016611
8867979704016625

these are all listed as terminated so we're holding off on these for now? If not we will need
Gateway access for these as well.

MID: 8867979704016809

Currently in test mode, no sales to speak of. Just wanted to see if we anticipate sending this
live or if this one is gonna stay this way.

MIDs:
8867979704016828

Sihler-01379

12/2/22, 12:43 PM                                  Archived conversations

8867979704016734

These have no valid Processor Password so we'd need those<legacyquote>

<<< </legacyquote></quote>Last Item we were waiting on from this one was all of the sales
URLs to finalize that integration

xcellent.choice  5/12/2020, 12:48:42 PM
We also are starting to implement PAAY 3DS so not sure how that effects the auto-refunding

xcellent.choice  5/12/2020, 12:48:21 PM
I'm not seeing any of the new MIDS in our CB911 back office. Are you receiving chargebacks
from those accounts and are we setup on alerts with them?

xcellent.choice  5/12/2020, 12:47:46 PM
Thanks Nick. Going through these now.

live:n.carroll_6  5/12/2020, 12:31:18 PM
Ok so, will fully admit this was not painless to get. But I was able to use your transactions in
the closed gateway and our CB file and put together a spreadsheet that includes all of the
customers as well as the information they provided at the time of sale.

This unfortunately doesn't include your internal order number as that wasn't present in the
gateway when the order was placed. I know our current permissions for your CRM don't allow
for exporting any data, but if you have those internally you should be able to match up these
e-mail addresses to your orders fairly quick. You also have the e-mails in a column ready to
rock if you wanted to use that to reach out to the customers

live:n.carroll_6  5/12/2020, 12:31:17 PM
<URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d2-
94fd91def96da25fdef306899f6b2ac1" url_thumbnail="https://api.asm.skype.com/v1/objects/0-
eus-d2-94fd91def96da25fdef306899f6b2ac1/views/original" type="File.1" doc_id="0-eus-d2-
94fd91def96da25fdef306899f6b2ac1">To view this file, go to: <a
href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d2-
94fd91def96da25fdef306899f6b2ac1">https://login.skype.com/login/sso?
go=webclient.xmm&docid=0-eus-d2-94fd91def96da25fdef306899f6b2ac1</a><OriginalName
v="Brightree Discover.xlsx"></OriginalName><FileSize v="47723"></FileSize></URIObject>

live:n.carroll_6  5/11/2020, 8:39:38 PM
Hi David,

Yes we saw those come through I believe we had a bit less than 30 of those coming through
(again some of those were status updates along the way, I believe). Regarding the order
numbers, that's one I can take a look at in the exports from Nuvei to see if that info is provided
for me to just throw together a spreadsheet for you. If not, I might have to make that myself
tomorrow. I'll keep you posted.

xcellent.choice  5/11/2020, 5:03:16 PM

Sihler-01380

12/2/22, 12:43 PM                              Archived conversations

Looks like over 30 discover chargebacks came in on 5/6. Are you seeing all of those? What's the easiest way to get a list with order numbers so we can have our call center start calling them? Definitely need to get to the bottom of this and stop nuvei.

xcellent.choice  5/8/2020, 1:51:54 PM
SERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814
Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006487
Card Number: 434769XXXXXX7848
Transaction Date: 05/02/2020
Disputed Amount: 192.71

xcellent.choice  5/8/2020, 1:51:47 PM
ERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814
Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006517
Card Number: 474476XXXXXX4944
Transaction Date: 05/02/2020
Disputed Amount: 158.71

xcellent.choice  5/8/2020, 1:51:37 PM
SERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814

Sihler-01381

Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006443
Card Number: 407166XXXXXX4784
Transaction Date: 05/02/2020
Disputed Amount: 190.75

xcellent.choice  5/8/2020, 1:51:29 PM
SERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct
account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814
Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006391
Card Number: 414740XXXXXX2891
Transaction Date: 05/02/2020
Disputed Amount: 197.70
Description: Incorrect amount

xcellent.choice  5/8/2020, 1:51:27 PM
Here's a few that just came in

xcellent.choice  5/8/2020, 1:44:26 PM
sure

melflipski  5/8/2020, 1:44:20 PM
Out of Telegram?

melflipski  5/8/2020, 1:44:15 PM
Are you cool with me dropping that info here?

xcellent.choice  5/8/2020, 1:42:48 PM
Bankcard is working on the other 2. They see the issue but don't know what the problem is yet

xcellent.choice  5/8/2020, 1:42:19 PM
Just dropped login info in telegram to <at id="8:melflipski">Melissa</at>

xcellent.choice  5/8/2020, 1:41:23 PM
8867979704016734 – I unlocked and reset

xcellent.choice  5/8/2020, 1:40:57 PM

Sihler-01382

12/2/22, 12:43 PM                                  Archived conversations

Yes those 3 are terminated


xcellent.choice  5/8/2020, 1:40:52 PM
Working on it.


live:n.carroll_6  5/8/2020, 11:05:58 AM
Hi David:

These are the outstanding items preventing MID integration. Know I followed up on those
yesterday so apologies if this is a nag, but want to be sure I'm not letting these lag for you. Let
me know if you'd like me to send back that spreadsheet on telegram so you have those mids in
front of you!

Sales URLs. We just need to confirm the sales pages for your sites so we're referencing the
correct info as we're pulling these chargebacks. That wasn't included on the spreadsheet you
had sent over.

Finally, we're seeing a few things on the spreadsheet I just wanted to confirm.

MIDS:
8867979704016852
8867979704016611
8867979704016625

these are all listed as terminated so we're holding off on these for now? If not we will need
Gateway access for these as well.

MID: 8867979704016809

Currently in test mode, no sales to speak of. Just wanted to see if we anticipate sending this
live or if this one is gonna stay this way.

MIDs:
8867979704016828
8867979704016734

These have no valid Processor Password so we'd need those


melflipski  5/7/2020, 7:42:59 PM
Thanks David!


live:n.carroll_6  5/7/2020, 7:26:22 PM
I'll make sure to pass these details over to finance.


live:n.carroll_6  5/7/2020, 7:25:57 PM
thank you, sir!


xcellent.choice  5/7/2020, 7:25:34 PM
We set up 1 payment(s).
Print this page

Sihler-01383

12/2/22, 12:43 PM                                        Archived conversations

Pay to
Chargebacks911 (...2808)
Ungrouped Vendor - VENDOR
Pay from
TOTAL BUS CHK (...6859)
Send on
05/07/2020
Deliver by
05/08/2020
Amount
$2,500.00
Print this transaction
Payment arrives in
1 business day
Status
Funded
Transaction number
5249495956
Addendum
Payment towards open balance

live:n.carroll_6  5/7/2020, 9:45:24 AM
Hey David,

Confirming we got a bunch of NMI logins for Simplehealth yesterday. Just wanted to make sure
that these were nteh new MIDs and that you'd be sending over the Processor logins also.

Additionally, just wanted to follow up on a couple outstanding items:

Sales URLs. We just need to confirm the sales pages for your sites so we're referencing the
correct info as we're pulling these chargebacks. That wasn't included on the spreadsheet you
had sent over.

Finally, we're seeing a few things on the spreadsheet I just wanted to confirm.

MIDS:
8867979704016852
8867979704016611
8867979704016625

these are all listed as terminated so we're holding off on these for now? If not we will need
Gateway access for these as well.

MID: 8867979704016809

Currently in test mode, no sales to speak of. Just wanted to see if we anticipate sending this
live or if this one is gonna stay this way.

MIDs:
8867979704016828
8867979704016734

Sihler-01384

These have no valid Processor Password so we'd need those

xcellent.choice 5/6/2020, 2:19:18 PM
That's what we thought. Could they flag these for chargebacks and then keep the money, never distributing it to the customers?

live:n.carroll_6 5/6/2020, 2:17:11 PM
Hey David,

yeah I was talking with the head of our client relations team today on this one to check through and we've arrived at the a similar place regarding the chargebacks.

You are correct regarding the counts, those reports do include some status updates so after we scrub the data we come to the CB count currently in the CB911 system.

They most certainly are very very strange, and convenient based on what you're experiencing. What we aren't seeing is a smoking gun on the origins. These chargebacks are spread out throughout the time the MID was open and from separate card numbers so there's no one customer that looks to be the culprit.

Regarding the reason category. Looks like this category can encompass a few different things and the wording we've selected is just the most common reason. I've put a ticket in to our team to have that updated. These are falling under the &quot;quality of goods and services&quot; category.

Our recommendation at this point, especially as you have the pending litigation would be to look to utilize your customer service teams to try to reach out to these customers yourselves. This could be a very simple conversation of &quot;we saw that you filed a chargeback regarding our product and just wanted to understand what prompted that choice to help us improve moving forward&quot;. If your team comes back and says &quot;of these 81 cases we spoke to 50 people and NONE of them asked for a chargeback&quot; you're in a position of informational power to use that to prompt Nuvei and Discover. &quot;Hey here's what we found, so if the customer didn't ask for this, we need you to tell us how these happened&quot;. This may mean you'll get an answer of &quot;we flagged the descriptor and our customer success team charged back all purchases from that 90 day period&quot; but at least it'll be the company on the record stating why these chargebacks occurred.

xcellent.choice 5/6/2020, 1:37:10 PM
I see 81 new chargebacks on your system on nuvei since 4/20. It looks like more in their portal but maybe that's including other stuff.

xcellent.choice 5/6/2020, 1:35:43 PM
&lt;URIObject uri="https://api.asm.skype.com/v1/objects/0-cus-d6-901b5b0543cadd65d6afcf1ea284416f"
url_thumbnail="https://api.asm.skype.com/v1/objects/0-cus-d6-901b5b0543cadd65d6afcf1ea284416f/views/imgt1_anim" type="Picture.1" doc_id="0-cus-d6-901b5b0543cadd65d6afcf1ea284416f" width="1237" height="657"&gt;To view this shared photo, go to: &lt;a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d6-901b5b0543cadd65d6afcf1ea284416f"&gt;https://login.skype.com/login/sso?go=xmmfallback?

Sihler-01385

pic=0-cus-d6-901b5b0543cadd65d6afcf1ea284416f</a><OriginalName v="Screenshot (543).png"></OriginalName><FileSize v="104798"></FileSize><meta type="photo" originalName="Screenshot (543).png"></meta></URIObject>

xcellent.choice  5/6/2020, 1:35:34 PM
Can we look into this. Had 35 CB's come in on old nuvei account on 4/29. Another 38 on 4/30. That puts it well over 100 in a few days. And look at this crap. I don't believe a customer charged back a $5 restocking fee from 8/31 but here it is. Nuvei is ether just putting these through as chargebacks or calling the customers and offering them free money. Also on nuvei portal is says quality of goods and services dispute. On yours it says merchandise not received. We need to figure out what's going on here or they're going to bleed us to death and also use this to hold up releasing any reserve funds.

xcellent.choice  5/4/2020, 9:59:38 PM
Will do. We've got a bunch of new mids on nmi. Will look at adding you tonight.

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  5/4/2020, 6:55:14 PM
<deletemember><eventtime>1588632914364</eventtime><initiator>8:melflipski</initiator><target>8:b.scrancher</target></deletemember>

melflipski  5/4/2020, 6:55:05 PM
<at id="8:xcellent.choice">David</at> - for your reference as well <ss type="smile">:)</ss>

melflipski  5/4/2020, 6:54:56 PM
Can we keep all the Brighree comms here moving forward?

melflipski  5/4/2020, 6:54:48 PM
Hey <at id="8:live:n.carroll_6">Nick</at>

live:n.carroll_6  1/30/2020, 4:52:46 PM
Hi <at id="8:xcellent.choice">David</at> Just wanted to let you know that we got the request from Jamie to have all of the statements from 2019 resent over for reconciliation and the finance team got those out. If they need anything else, we can shoot those over no problem!

live:n.carroll_6  1/29/2020, 4:42:11 PM
I know I'd already sent over the Quarterly Diagnostic, and would love to carve out some time to go through the reporting! Let me know if there's a time that works best for you. I know ASW is this week so there are probably other things occupying your time. But if things are a bit quieter next week, maybe that would work.

live:n.carroll_6  1/29/2020, 4:40:31 PM
Hi Guys, Just wanted to pop in as we've completed the Q4 ROI. I'm attaching that here. For this report we went back and re-checked all cases since you started with CB911 through December 31 to make sure that we saw any cases that may have become Pre-Arbs.

As you can see we saw the overall win rate dip a bit since the previous report due to some incoming 2nd Chargebacks on those older transaction with the issues we were aware of (true fraud and shipping issues). However we still saw a net ROI of over $500,000 since starting with CB911.

Sihler-01386

12/2/22, 12:43 PM                              Archived conversations

live:n.carroll_6  1/29/2020, 4:40:31 PM
<URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d4-
d89d767a328984a539d858881652c900"
url_thumbnail="https://api.asm.skype.com/v1/objects/0-eus-d4-
d89d767a328984a539d858881652c900/views/original" type="File.1" doc_id="0-eus-d4-
d89d767a328984a539d858881652c900">To view this file, go to: <a
href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d4-
d89d767a328984a539d858881652c900">https://login.skype.com/login/sso?
go=webclient.xmm&docid=0-eus-d4-d89d767a328984a539d858881652c900</a>
<OriginalName v="5621_Brightree_Holdings_Q4_2019_ROI.xlsx"></OriginalName><FileSize
v="1919305"></FileSize></URIObject>

melflipski  1/23/2020, 11:43:23 AM
<at id="8:xcellent.choice">David</at><ss type="smile">:)</ss>

melflipski  1/22/2020, 3:39:13 PM
Let me help buy you lunchhhh lol

melflipski  1/22/2020, 3:39:07 PM
Please and thank you

melflipski  1/22/2020, 3:39:05 PM
I am holding our CEO's slot if someone can loop me in with David's assistant to confirm

melflipski  1/22/2020, 11:27:19 AM
<at id="8:xcellent.choice">David</at> - can you do lunch on Tuesday, the 28th at Noon at the
Bellagio?

melflipski  1/20/2020, 2:17:40 PM
Sounds good!

xcellent.choice  1/20/2020, 1:41:08 PM
I'll call in a few.

melflipski  1/20/2020, 1:36:54 PM
<at id="8:xcellent.choice">David</at> - was trying to get a hold of you, but I have good
news, haha.

melflipski  1/2/2020, 1:29:44 PM
And Nick, of course

melflipski  1/2/2020, 1:29:37 PM
Hey Gentlemen! I have heard the best things about you from Brit at Paysafe and Ryan at
MiCamp!

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  1/2/2020, 1:28:26 PM

Sihler-01387

12/2/22, 12:43 PM                           Archived conversations

<topicupdate><eventtime>1577989707120</eventtime><initiator>8:melflipski</initiator>
<value>Brightree | CB911 </value></topicupdate>

live:n.carroll_6  1/2/2020, 1:16:30 PM
Hi Guys,

Adding Melissa in to this chat from the CB911 Side. She's part of our Client Success team and
is going to be at ASW this month. I wanted to be sure you guys could connect prior as I also
know she has some expertise in some of the issues I know David and I had discussed.

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  1/2/2020, 1:16:27 PM
<addmember><eventtime>1577988987189</eventtime>
<initiator>8:live:n.carroll_6</initiator><target>8:melflipski</target></addmember>

live:n.carroll_6  12/26/2019, 2:27:26 PM
Hi Everyone,

Hope you had a Merry Christmas. Reaching out here to confirm that we received the
MXMerchant Login for your new MID from Aaron today. As such we're getting that fully
integrated for chargeback services.

Thanks!

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  12/24/2019, 12:50:21 PM
<deletemember><eventtime>1577209822199</eventtime>
<initiator>8:brandontfigueroa</initiator><target>8:live:apugliese_12</target>
</deletemember>

brandontfigueroa  12/24/2019, 10:52:47 AM
<ss type="festiveparty">(partyxmas)</ss>

live:n.carroll_6  12/24/2019, 10:04:43 AM
Hi Guys, Hope you guys have a wonderful Christmas.

Just in follow-up I haven't seen login information hit for this MID's Processor yet. We were able
to dig in to the Authorize.net login and get the MID Number which we're using to get the Alerts
enrolled. We still just need that Processor login for the representment services.

live:n.carroll_6  12/19/2019, 5:15:40 PM
Thank you, sir! Looks like Jane has headed out for the day but once we have that Processor
name we can chase that for you.

Thanks!

xcellent.choice  12/19/2019, 5:14:51 PM
OK I'm looking into it.

live:n.carroll_6  12/19/2019, 4:42:35 PM

Sihler-01388

12/2/22, 12:43 PM                              Archived conversations

Hi David. Looks like we still haven't seen any Processor Credentials come through via e-mail or here. We still only have the Authorize.net login which is just the Gateway.

live:n.carroll_6  12/19/2019, 4:14:33 PM
Gotcha. I'll have her keep an eye out for the Processor Credentials.

I do see that the Gateway Credentials for Authorize.net have been received. Do we know which e-mail we should be looking for these Processor Credentials to come from?

xcellent.choice  12/19/2019, 4:12:13 PM
Login ID: [ JaneSmith911boost ]
User Role: Account Administrator
Title: ManagerPhone: 8776349808
Mobile:
Email: j.smith@chargebacks911.com

xcellent.choice  12/19/2019, 4:11:47 PM
Yes. Just set it up

live:n.carroll_6  12/19/2019, 4:11:30 PM
Was that also e-mailed over to J.smith? She saw the one come through but hasn't seen another just yet. Want to make sure the other gets knocked out also.

live:n.carroll_6  12/19/2019, 4:10:34 PM
Hi DAvid. Got the Authorize e-mail. For CB representations and to get the thing implemented we'll just need the Processor login also

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  12/19/2019, 4:08:14 PM
<addmember><eventtime>1576789694595</eventtime>
<initiator>8:brandontfigueroa</initiator><target>8:live:n.carroll_6</target></addmember>

brandontfigueroa  12/19/2019, 4:08:03 PM
Hey David! Thanks for the info, I'm gonna add Nick to this chat real quick

xcellent.choice  12/19/2019, 4:07:41 PM
scratch that. Looks like 8. Need to check with processor. Looks like someone has responded to these. Not sure who

xcellent.choice  12/19/2019, 4:07:32 PM
scratch that. Looks like 8. Need to check with processor. Looks like someone has responded to these. Not sure who

xcellent.choice  12/19/2019, 4:03:45 PM
Looks like 17 chargebacks in so far in about a week. What do you need to get info on these?

xcellent.choice  12/19/2019, 4:02:32 PM

Sihler-01389

I believe those are the descriptors. Was changed to the bottom one on day 2

xcellent.choice  12/19/2019, 4:02:12 PM
BETTER BOOST KETO 702-3331690
BETTER BOOST KETO 512-2537024

Login ID: JaneSmith911boost
An activation email has been sent to: j.smith@chargebacks911.com

xcellent.choice  12/19/2019, 4:02:07 PM
We have a new mid we need to add to alerts and CB responses. Going through authorize.
Login info sent over

brandontfigueroa  10/21/2019, 11:44:20 AM
Hey David! Hope you had a great weekend!

So I put in the request to get you automatically credited for the alerts that turned into
chargebacks after our messages above last week, but I was reminded that we recently moved
you onto the enriched alerts. Since with the enriched alerts we are not doing full refunds, that
negates our ability to apply for credits from the networks as they require full refunds in order
for a credit to be eligible.

So the benefit here with enriched is that you will save a ton of money on the lowered refunds,
but on the other hand you would lose eligibility for credits if those turned into chargebacks.

On the plus side here, we just started getting inquiries through VMPI for you and those will
automatically be credited if they turn into CBs <ss type="laugh">:D</ss>

brandontfigueroa  10/16/2019, 8:58:36 AM
Hey David!

On these refunded orders, are they refunded from our alerts or just regular customer service
refunds (or both)?

As much as it shouldn't be this way, there isn't actually a mechanism at the issuing bank level
that &quot;checks&quot; if a customer has been refunded before the chargeback is filed. We
would love if the bank reps did their due diligence and made sure there wasn't a refund on file
when the customer is attempting to file a dispute, but most of the time they do not do these
checks. If the customer files the dispute online or via an app on their phone, then there
definitely wouldn't be anything or anyone checking if there was a refund given prior.

If you're seeing this from the alerts, I want you to know that each month, we take a look at all
the CBs that have come in and cross reference with the alerts we've provided to you in the
past. If we find that any of the chargebacks were actually alerts in the past, then we would
credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

xcellent.choice  10/15/2019, 8:03:44 PM
Guys I am seeing multiple orders where we are getting chargebacks from orders that were
already refunded.

Sihler-01390

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  10/6/2019, 3:12:26 AM
<addmember><eventtime>1570345946568</eventtime><initiator>8:b.scrancher</initiator>
<target>8:brandontfigueroa</target></addmember>

b.scrancher  10/6/2019, 3:12:11 AM
You can only ever be charged one alert per transaction btw if that is the concern.

live:apugliese_12  10/5/2019, 10:06:07 PM
They are going to dig into it a little further but want to hop on a call Monday afternoon.

live:apugliese_12  10/5/2019, 10:01:06 PM
we just pass what comes from the alert networks. There's no running up charges, alerts come
directly from the networks based on his descriptors. But the team is looking into it.

live:apugliese_12  10/5/2019, 9:47:34 PM
Ok I am forwarding this to the team now.

instantlyfamous  10/5/2019, 9:47:21 PM
I'm pretty sure that when you guys are doing this you are running up our charges

instantlyfamous  10/5/2019, 9:46:15 PM
<quote author="instantlyfamous" authorname="Rick Rude" timestamp="1570326241"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1570326241243" cuid="4080375087118195330"><legacyquote>[1570326241]
Rick Rude: </legacyquote>It doesn't take long to see that the same cards are in here multiple
times
<legacyquote>

<<< </legacyquote></quote>

instantlyfamous  10/5/2019, 9:46:02 PM
<quote author="instantlyfamous" authorname="Rick Rude" timestamp="1570326210"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1570326209835" cuid="8999268188541514108"><legacyquote>[1570326210]
Rick Rude: </legacyquote>Guys I'm still having huge issues with this alert system
<legacyquote>

<<< </legacyquote></quote>

instantlyfamous  10/5/2019, 9:45:43 PM
<quote author="instantlyfamous" authorname="Rick Rude" timestamp="1570326214"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1570326214070" cuid="384222285237611915"><legacyquote>[1570326214]
Rick Rude: </legacyquote>Order ID Alert Date Trans Date Amount CC # Merchant Descriptor
NA 2019-10-05 00:00:00 2019-09-23 198.70 401532xxxxxx4439 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-07 198.70 511786xxxxxx0638 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx1095 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-15 198.70 426684xxxxxx6507 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx0606 ULTRAFAST KETO BOOST

Sihler-01391

Archived conversations

na 2019-10-05 00:00:00 2019-10-03 201.68 446540xxxxxx2896 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 69.99 438857xxxxxx3231 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 149.91 427082xxxxxx2570 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-13 198.70 470701xxxxxx1216 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 426684xxxxxx3449 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-21 198.70 524366xxxxxx0296 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 201.68 414720xxxxxx6069 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1488 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 201.68 426690xxxxxx2133 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 198.70 464018xxxxxx4430 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 464018xxxxxx9338 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 514863xxxxxx3037 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-01 149.91 414740xxxxxx1934 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 149.91 511786xxxxxx3103 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 544927xxxxxx7240 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 426684xxxxxx9751 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 200.69 443045xxxxxx1414 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-28 202.67 414740xxxxxx3892 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-28 198.70 414720xxxxxx9285 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 202.67 443047xxxxxx9966 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 198.70 552356xxxxxx3261 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-26 149.91 426290xxxxxx8965 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-28 198.70 426684xxxxxx5159 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8431 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-07 200.69 431196xxxxxx1184 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-26 198.70 414720xxxxxx3205 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-27 198.70 414720xxxxxx6955 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 448903xxxxxx2433 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 445320xxxxxx9393 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8954 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 70.69 426684xxxxxx8272 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 152.91 443047xxxxxx1730 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 514616xxxxxx2789 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 149.91 438854xxxxxx4448 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 202.67 459954xxxxxx3765 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-16 198.70 438857xxxxxx0171 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 149.91 436618xxxxxx0559 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-10 208.64 527854xxxxxx0408 ULTRAFAST KETO BOOST 88
NA 2019-10-05 00:00:00 2019-09-22 198.70 436618xxxxxx1228 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 70.69 426290xxxxxx4878 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-17 198.70 542418xxxxxx6135 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1214 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3265 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3515 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx6491 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx6620 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-01 198.70 426684xxxxxx2681 ULTRAFAST KETO BOOST

Sihler-01392

12/2/22, 12:43 PM                                   Archived conversations

NA 2019-10-05 00:00:00 2019-10-03 198.70 473703xxxxxx0707 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx7785 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx0084 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx3547 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx3887 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-02 69.99 434256xxxxxx5733 ULTRAFAST KETO BOO
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx9288 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-08-23 198.70 406095xxxxxx3202 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx7663 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-09-02 198.70 446542xxxxxx0203 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-02 198.70 414718xxxxxx8606 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-26 200.69 414718xxxxxx1859 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-02 149.91 426684xxxxxx2999 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 149.91 441712xxxxxx0700 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-03 151.41 521333xxxxxx4958 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-25 149.91 438857xxxxxx0474 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-01 198.70 514474xxxxxx4126 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 414740xxxxxx3257 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 198.70 426684xxxxxx5806 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 198.70 426684xxxxxx7910 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-08 198.70 426684xxxxxx4672 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-08 69.99 438857xxxxxx4551 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 198.70 412039xxxxxx1951 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-19 200.69 426690xxxxxx9276 ULTRAFAST KETO
BOOST<legacyquote>

<<< </legacyquote></quote>

instantlyfamous  10/5/2019, 9:45:36 PM
<at id="8:threecommaclub">Mike</at> what does this look like in authorize and the CRM

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  10/5/2019, 9:45:10 PM
<addmember><eventtime>1570326310246</eventtime>
<initiator>8:instantlyfamous</initiator><target>8:threecommaclub</target></addmember>

instantlyfamous  10/5/2019, 9:44:50 PM
It doesn't take long to see that the same cards are in here multiple times

instantlyfamous  10/5/2019, 9:44:01 PM
It doesn't take long to see that the same cards are in here multiple times

instantlyfamous  10/5/2019, 9:44:06 PM
I am seeing this daily

instantlyfamous  10/5/2019, 9:43:33 PM
Order ID Alert Date Trans Date Amount CC # Merchant Descriptor
NA 2019-10-05 00:00:00 2019-09-23 198.70 401532xxxxxx4439 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-07 198.70 511786xxxxxx0638 Ultrafast Keto Boost

Sihler-01393

12/2/22, 12:43 PM                                    Archived conversations

NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx1095 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-15 198.70 426684xxxxxx6507 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx0606 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 201.68 446540xxxxxx2896 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 69.99 438857xxxxxx3231 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 149.91 427082xxxxxx2570 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-13 198.70 470701xxxxxx1216 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 426684xxxxxx3449 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-21 198.70 524366xxxxxx0296 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 201.68 414720xxxxxx6069 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1488 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 201.68 426690xxxxxx2133 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 198.70 464018xxxxxx4430 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 464018xxxxxx9338 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 514863xxxxxx3037 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-01 149.91 414740xxxxxx1934 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 149.91 511786xxxxxx3103 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 544927xxxxxx7240 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 426684xxxxxx9751 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 200.69 443045xxxxxx1414 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-28 202.67 414740xxxxxx3892 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-28 198.70 414720xxxxxx9285 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 202.67 443047xxxxxx9966 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 198.70 552356xxxxxx3261 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-26 149.91 426290xxxxxx8965 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-28 198.70 426684xxxxxx5159 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8431 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-07 200.69 431196xxxxxx1184 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-26 198.70 414720xxxxxx3205 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-27 198.70 414720xxxxxx6955 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 448903xxxxxx2433 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 445320xxxxxx9393 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8954 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 70.69 426684xxxxxx8272 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 152.91 443047xxxxxx1730 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 514616xxxxxx2789 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 149.91 438854xxxxxx4448 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 202.67 459954xxxxxx3765 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-16 198.70 438857xxxxxx0171 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 149.91 436618xxxxxx0559 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-10 208.64 527854xxxxxx0408 ULTRAFAST KETO BOOST 88
NA 2019-10-05 00:00:00 2019-09-22 198.70 436618xxxxxx1228 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 70.69 426290xxxxxx4878 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-17 198.70 542418xxxxxx6135 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1214 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3265 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3515 ULTRAFAST KE

Sihler-01394

12/2/22, 12:43 PM                                    Archived conversations

NA 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx6491 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx6620 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-01 198.70 426684xxxxxx2681 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 473703xxxxxx0707 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx7785 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx0084 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx3547 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx3887 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-02 69.99 434256xxxxxx5733 ULTRAFAST KETO BOO
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx9288 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-08-23 198.70 406095xxxxxx3202 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx7663 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-09-02 198.70 446542xxxxxx0203 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-02 198.70 414718xxxxxx8606 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-26 200.69 414718xxxxxx1859 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-02 149.91 426684xxxxxx2999 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 149.91 441712xxxxxx0700 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-03 151.41 521333xxxxxx4958 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-25 149.91 438857xxxxxx0474 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-01 198.70 514474xxxxxx4126 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 414740xxxxxx3257 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 198.70 426684xxxxxx5806 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 198.70 426684xxxxxx7910 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-08 198.70 426684xxxxxx4672 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-08 69.99 438857xxxxxx4551 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 198.70 412039xxxxxx1951 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-19 200.69 426690xxxxxx9276 ULTRAFAST KETO BOOST

instantlyfamous  10/5/2019, 9:43:29 PM
Guys I'm still having huge issues with this alert system

xcellent.choice  10/4/2019, 11:18:02 AM
<partlist type="ended" alt=""><part identity="b.scrancher"><name>b.scrancher</name>
<duration>1065</duration></part><part identity="instantlyfamous">
<name>instantlyfamous</name><duration>1065</duration></part><part
identity="live:apugliese_12"><name>live:apugliese_12</name><duration>1065</duration>
</part><part identity="xcellent.choice"><name>xcellent.choice</name>
<duration>1065</duration></part></partlist>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  10/4/2019, 11:01:14 AM
<addmember><eventtime>1570201274369</eventtime>
<initiator>8:xcellent.choice</initiator><target>8:instantlyfamous</target></addmember>

live:apugliese_12  10/4/2019, 11:00:17 AM
<partlist type="started" alt=""><part identity="live:apugliese_12">
<name>live:apugliese_12</name></part></partlist>

b.scrancher  10/4/2019, 9:29:51 AM
Yeah that's cool

Sihler-01395

12/2/22, 12:43 PM                                              Archived conversations

live:apugliese_12  10/4/2019, 9:29:15 AM
Hey guys, are we good to do a call on this chat? and I will just walk over to client relations

live:apugliese_12  10/3/2019, 4:31:01 PM
Hey David, do you have time for a quick call with Ben and myself tomorrow morning? We just
want to go over a few things.

b.scrancher  9/26/2019, 4:26:35 PM
It's a big initial batch but you're safe wiring him funds

xcellent.choice  9/26/2019, 4:26:18 PM
Ok. We just wired $300k so we're off and running.

b.scrancher  9/26/2019, 4:26:12 PM
Never had a complaint so far

b.scrancher  9/26/2019, 4:25:59 PM
David we've had clients working with Johnny for over 3 years

b.scrancher  9/26/2019, 4:25:34 PM
Sorry been at an event all day

b.scrancher  9/26/2019, 4:25:29 PM
Hey guys

live:apugliese_12  9/26/2019, 2:39:53 PM
Hey Ben you around?

xcellent.choice  9/26/2019, 1:10:31 PM
Guys we're getting ready to engage with Johnny. To be honest the whole process seems a little
loose considering were getting ready to wire a lot of money to someone we do not know.
Anything else you can share about him, his operation, how long you've been working with him?
I typically don't wire $400k to strangers. Thanks.

b.scrancher  9/21/2019, 2:20:34 AM
Sounds great

b.scrancher  9/21/2019, 2:20:30 AM
Hey David. See the chat with Johnny De Luca. He's the one that can help with that.

xcellent.choice  9/20/2019, 8:39:23 AM
Thanks again for your time this morning. I may have missed it but I don't recall seeing any info
on the groups that can help with increasing our transaction number. I think we've got a great
fit to launch a stand alone digital keto planner for $1.00 that would work really well with this
program. Thanks.

xcellent.choice  9/20/2019, 11:26:14 AM

Sihler-01396

Archived conversations

```
<partlist type="ended" alt=""><part identity="b.scrancher"><name>b.scrancher</name>
<duration>1556</duration></part><part identity="live:apugliese_12">
<name>live:apugliese_12</name><duration>1556</duration></part><part
identity="xcellent.choice"><name>xcellent.choice</name><duration>1556</duration>
</part></partlist>
```

b.scrancher  9/20/2019, 11:00:18 AM
```
<partlist type="started" alt=""><part identity="b.scrancher"><name>b.scrancher</name>
</part></partlist>
```

xcellent.choice  9/19/2019, 4:52:18 PM
Great. Skype? If call my direct cell is 702-277-8611

b.scrancher  9/19/2019, 3:03:56 PM
Yeah that's great

xcellent.choice  9/19/2019, 2:51:45 PM
Can we do 8:00?

b.scrancher  9/19/2019, 2:51:07 PM
Awesome thanks. How's 9am?

xcellent.choice  9/19/2019, 2:45:14 PM
Sure give me a time that works for you and I'll be there.

b.scrancher  9/19/2019, 2:39:16 PM
Hey david! I'm based in London so 8 hours ahead of you. If there's anyway that we could do
earlier that would be awesome. If not we'll make it work!

xcellent.choice  9/19/2019, 2:10:25 PM
Pleasure to meet you. How's 11:00 AM PST. I'm free later as well.

b.scrancher  9/19/2019, 2:09:03 PM
Are you around tomorrow morning?

b.scrancher  9/19/2019, 2:08:51 PM
Anthony and I were looking at your statistics earlier and would like to have a chat sometime
soon to suit you

b.scrancher  9/19/2019, 2:08:18 PM
David - great to meet you!

b.scrancher  9/19/2019, 2:08:13 PM
Thanks <at id="8:live:apugliese_12">anthony</at>

live:apugliese_12  9/19/2019, 1:48:25 PM
Ben, meet David from Bright tree

Archived conversations

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  9/19/2019, 1:48:10 PM
<addmember><eventtime>1568915290213</eventtime>
<initiator>8:live:apugliese_12</initiator><target>8:xcellent.choice</target>
<target>8:b.scrancher</target></addmember>


19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  9/19/2019, 1:48:09 PM
<addmember><eventtime>1568915289729</eventtime>
<initiator>8:live:apugliese_12</initiator><target>8:live:apugliese_12</target>
</addmember>


19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  9/19/2019, 1:48:09 PM
<historydisclosedupdate><eventtime>1568915289526</eventtime>
<initiator>8:live:apugliese_12</initiator><value>true</value></historydisclosedupdate>

Sihler-01398