**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>MICROSOFT CORPORATION<br><br>JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>    Defendants. | Case No.:<br><br>**DECLARATION OF ANTHONY SAMPSON IN SUPPORT OF THE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS BY NON-PARTY MICROSOFT CORPORATION;**<br><br>*Underlying action pending in U.S. District Court for the Middle District of Florida*<br><br>Case No. 8:23-CV-1450-VMC-UAM |

I, Anthony Sampson, do hereby declare and state as follows:

    1.    I am a lawyer with the law firm Kneupper & Covey PC.

- 1 -

DECL. IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
CASE NO:

KNEUPPER & COVEY PC
600 1ST AVE., SUITE 102, PMB 2072
SEATTLE, WA 98104
(206) 759-7520

2. I am admitted to practice in the States of Texas and New York.

3. I am counsel for the Plaintiffs in the underlying action.

4. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

5. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

6. Attached hereto as **Exhibit A** is a true and correct copy of the Subpoena issued to Microsoft Corporation (the "Subpoena").

7. Attached hereto as **Exhibit B** is the letter served on Microsoft with the Subpoena, enclosing the declaration of David Flynn dated April 30, 2024 consenting to the production of his Skype data to Plaintiffs or Kneupper & Covey PC.

8. Attached hereto as **Exhibit C** is the proof of service of the Subpoena on Microsoft dated June 26, 2024.

9. Attached hereto as **Exhibit D** is a true and correct copy of screenshots of Skype messages produced to Kneupper & Covey by David Flynn.

10. Attached hereto as **Exhibit E** is a true and correct copy of screenshots of Skype messages produced to Kneupper & Covey by David Flynn.

11. Attached hereto as **Exhibit F** is a true and correct copy of a document of Skype messages produced to Kneupper & Covey by David Flynn.

12. Attached hereto as **Exhibit G** is a true and correct copy of Microsoft's Objections and Responses to the Subpoena, dated July 12, 2024.

13. On August 20, 2024, the undersigned attended a meet & confer via video and teleconference with counsel for Microsoft in an attempt to resolve Microsoft's objections. During the meet & confer, the undersigned explained the underlying action pending in the United States District Court for the Middle District of Florida including the relevant facts of the underlying action, and described the

- 2 -
DECL. IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
CASE NO.:
KNEUPPER & COVEY PC
600 1ST AVE., SUITE 102, PMB 2072
SEATTLE, WA 98104
(206) 759-7520

Plaintiffs' need for Microsoft's documents. Counsel for Microsoft noted its position that the Subpoena did not reduce the burden on Microsoft, that Microsoft did not have access to a subscriber's deleted messages, and that Microsoft required Mr. Flynn's consent to disclose subscriber data under the Electronic Communications Privacy Act. Counsel for Microsoft requested additional clarification on why the relevant communications could not be obtained from Mr. Flynn. The undersigned explained the need to obtain from Microsoft a complete record of Mr. Flynn's Skype communications and agreed to provide further detail in a subsequent meet and confer.

14. On August 27, 2024, the undersigned attended a further meet & confer with counsel for Microsoft via video and teleconference with counsel for Microsoft in an attempt to resolve Microsoft's objections. The undersigned explained that, because of the manner in which Mr. Flynn had produced the Skype messages, Plaintiffs' counsel had reason to believe that the Skype messages produced by Mr. Flynn were not complete, and that Mr. Flynn may be unable to produce a complete set of messages. The undersigned also explained that Mr. Flynn may have participated in group chats with individuals that would be relevant to the underlying action from which he had been removed and therefore could not access, but that nonetheless continued to exist.

15. On August 29, 2024, the undersigned provided such explanation to counsel for Microsoft in writing.

16. On September 4, 2024, counsel for Microsoft informed the undersigned that Microsoft would be standing on its objections and would not produce documents in response to the Subpoena.

17. Microsoft has not produced documents responsive to the Subpoena.

- 3 -

DECL. IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
CASE NO.:

KNEUPPER & COVEY PC
600 1ST AVE., SUITE 102, PMB 2072
SEATTLE, WA 98104
(206) 759-7520

I, Anthony Sampson, declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 2, 2024                             By: _____

Anthony C. Sampson, Esq.

**Kneupper & Covey, PC**
8911 North Capital of Texas Highway
Suite 4200, No. 1173
Austin, Texas 78759
(657) 845-3100
anthony@kneuppercovey.com

*Attorneys for Plaintiffs*

- 4 -

DECL. IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
CASE NO.:

KNEUPPER & COVEY PC
600 1ST AVE., SUITE 102, PMB 2072
SEATTLE, WA 98104
(206) 759-7520

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I caused the foregoing Declaration of Anthony Sampson in Support of the Motion to Compel Compliance With Subpoena for Production of Documents by Microsoft Corporation to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

Shortly following the electronic filing of this document, a copy of the foregoing will also be sent via first-class mail to Microsoft and by email Microsoft's counsel.

By: */s/ Caitlin Skurky*

**Kneupper & Covey PC**
Caitlin Skurky, Esq.
Washington Bar No. 60246
600 1st Ave., Suite 102, PMB 2072
Seattle, WA 98104
caitlin@kneuppercovey.com
(206) 759-7520

- 5 -

DECL. IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA
CASE NO.:

KNEUPPER & COVEY PC
600 1ST AVE., SUITE 102, PMB 2072
SEATTLE, WA 98104
(206) 759-7520