1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>MICROSOFT CORPORATION<br><br>JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>    Defendants. | Case No.:<br><br>**[PROPOSED] ORDER GRANTING MOVANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS BY NON-PARTY MICROSOFT CORPORATION;**<br><br>*Underlying action pending in U.S. District Court for the Middle District of Florida*<br><br>Case No. 8:23-CV-1450-VMC-UAM |

On October 2, 2024, Janet Sihler, individually and on behalf of all others similarly situated and Charlene Bavencoff, individually and on behalf of all others similarly situated ("Movants") filed a Motion to Compel Compliance with Subpoena for Production of Documents by Non-Party Microsoft Corporation issued on June 21, 2024 The subpoena relates to an action currently pending in the Middle District of Florida before the Honorable Virginia M. Hernandez Covington captioned *Sihler et al. v. Global e-Trading, LLC et al.*, Case no. 8:23-cv-1450-VMC-UAM. The Court, having considered the motion any opposition, the papers and pleadings on file in this action, and the argument of the parties, hereby **GRANTS** Movants' motion. The Court finds that the requested documents are relevant to the claims and defenses in the underlying action and that there is good cause to order Microsoft Corporation to conduct a reasonable search for, and produce responsive documents. Microsoft Corporation is ordered to produce documents responsive to the subpoena, if any, within fourteen (14) days of this order.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2024.

_____

UNITED STATES DISTRICT JUDGE

**Presented by**: */s/ Caitlin Skurky*
        Caitlin Skurky